■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER J. POMPEO, Appellant. [54 NYS3d 902]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered January 2, 2013. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal is unanimously dismissed.

Memorandum: Defendant appeals from a judgment revoking

his sentence of probation imposed upon his conviction, following his plea of guilty, of two counts of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]), and sentencing him to a term of incarceration. Defendant's sole contention is that the sentence is unduly harsh and severe. Because defendant has completed serving that sentence, his appeal is moot (*see People v Mackey*, 79 AD3d 1680, 1681 [2010], *lv denied* 16 NY3d 860 [2011]). Present—Whalen, P.J., Carni, Lindley, Curran and Scudder, JJ.